**CV-13 1505**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2013 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LONG ISLAND OFFICE

**BIANCO, J.**

**WALL, M.**

Jason Bullock
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY DEMAND
YES [✓]   NO [ ]

-against-

New York State Department of Social Services,
Commissioner Gregory Blass, Susan Westergard,
Southampton Police, Mayor Mark Epley

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------------------------x

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs:   N/A

           Defendants: _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number: _____

1

       5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

       6. Approximate date of filing lawsuit: _____

       7. Approximate date of disposition: _____

II.    Place of Present Confinement: _____

    A. Is there a prisoner grievance procedure in this institution? Yes ☐ No ☐

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ☐ No ☐

    C. If your answer is YES,

       1. What steps did you take? **N/A**

       2. What was the result? _____

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ☐ No ☐

    F. If your answer is YES,

       1. What steps did you take? **N/A**

       2. What was the result? _____

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Jason Bullock

Address  56 Spring St. Wheatly Hgt's N.Y 11798

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  NYS. Dept. of Social Services
Commissioner, Gregory Blas
Hauppauge, NY  11788
(In his official and individual capacities)

Defendant No. 2  Susan Westergard, Coordinator of D.SS. Suffolk County
Homeless Sex Offender Trailer
(In her official and individual capacities)

Defendant No. 3  Southampton Town Police,
Mayor Mark Epley
(In his official and individual capacities)

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.   Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

The town of Southampton in an unconstitutional effort has implemented a local ordinance requiring state registered sex offenders to register locally under Article I Sections 215-1 through 215-5 of the Southampton code thereby violating Article I Section 10 of the United States Constitution forbidding any enactment of an ex post facto law, and the state preemption doctrine. Susan Westergard, by and through Gregory Blos, in their official and individual capacities under color of law has denied me my rights, priviliges and/or immunities, guaranteed by the United States Constitution in that under the sex offender trailer program, I'm denied the freedom of locomotion as other free men enjoy, affecting my ability to earn a living and to attend therapeutic programming. This deprivation is an ongoing breach of such rights as the program offers us diminished rights as if we are prisoners.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

Plaintiff is seeking compensatory declatory injunctive relief and punitive damages in the sum certain amount of $25,000,000.00 as it relates to qualifying defendants in their respective official and individual capacities.

I declare under penalty of perjury that on __3/13/13__ (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __13th__ day of __MARCH__, 20__13__. I declare under penalty of perjury that the foregoing is true and correct.

_Jason Bullock_
Signature of Plaintiff

Name of Prison Facility

56 Spring St
Wheatly Hgt's
N.Y. 11798
Address

Prisoner ID#